SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ISMAIL AHMED ABDI, | ) |
| Plaintiff, | ) No. C 07-0562 EDL |
| v. | ) |
| MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; EMILIO GONZALEZ, USCIS Director; DAVID STILL, District Director, Department of Homeland Security, | ) **STIPULATION TO DISMISS; AND** ) **[~~~~~~~~] ORDER** ) |
| Defendants. | ) |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action. Defendants ask that the Court vacate the June 26, 2007 hearing on Defendants' Motion to Remand.

    Each of the parties shall bear their own costs and fees.

///

///

Stipulation to Dismiss
C07-0562 EDL                                       1

| | | |
|---|---|---|
| 1 | Dated: June 21, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | |
| 4 | | |
| 5 | | /s/<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 7 | | |
| 8 | Dated: June 21, 2007 | /s/<br>JEFF GRIFFITHS |
| 9 | | Attorney for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: June 25, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation to Dismiss
C07-0562 EDL                                2